UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:  _____
DATE FILED:  __06/29/2022__
```

BENJAMIN RICHARDSON,

                Plaintiff,

-against-

WESTCHESTER COUNTY, *et al.*,

                Defendants.

20-CV-5907 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

On March 15, 2022, the Court issued an Opinion and Order dismissing Plaintiff's Complaint. (ECF No. 40.) Specifically, the Court dismissed Plaintiff's state law claims against Defendants Westchester County, the Westchester County Department of Corrections, Commissioner Spano, Captain John Doe 1, and Correct Care Solutions, LLC with prejudice, and all other remaining claims against all Defendants without prejudice. (*Id.* at 16.) The Court granted Plaintiff leave to file an Amended Complaint as to his claims that were dismissed without prejudice by May 2, 2022. (*Id.*) The Court also expressly advised Plaintiff that if he "fail[ed] to file an Amended Complaint within the time allowed, and he cannot show good cause to excuse such failure, any claims dismissed without prejudice by [the] opinion and order will be deemed dismissed with prejudice. (*Id.*)

To date, nearly two months have passed since the May 2, 2022 deadline expired and Plaintiff has neither filed an amended complaint, nor shown good cause to excuse such failure. Accordingly, the Court DISMISSES all of Plaintiff's claims in this case with prejudice. The Clerk of the Court is directed to enter judgment accordingly and terminate this action.

Dated: June 29, 2022
       White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge