**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BENJAMIN RICHARDSON,
                    Plaintiff,

    -against-                                        20 **CIVIL** 5907 (NSR)

                                                                                           **JUDGMENT**

WESTCHESTER COUNTY, et al.,
                    Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 29, 2022, to date, nearly two months have passed since the May 2, 2022 deadline expired and Plaintiff has neither filed an amended complaint, nor shown good cause to excuse such failure. Accordingly, the Court has DISMISSED all of Plaintiff's claims in this case with prejudice. Judgment is hereby entered; accordingly, the case is closed.

**Dated:**  New York, New York
           June 29, 2022

                                                                        **RUBY J. KRAJICK**
                                                                         **Clerk of Court**
                                            **BY:**    *K. Mango*
                                                                         **Deputy Clerk**